NOVA ELECTRONICS, INC. *v.* MARK S. FORTIER ET AL.
(9754)

DUPONT, C. J., FOTI and LANDAU, Js.

Argued May 31—decision released June 25, 1991

*John H. Hanks,* with whom, on the brief, was *Richard W. Tomc,* for the appellant (plaintiff).

*Patrick W. Boatman,* with whom, on the brief, was *Martha R. Rainey,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.

MARTIN L. HAMMER *v.* RONNIE S. HAMMER
(8922)

O'CONNELL, NORCOTT and FOTI, Js.

Argued June 3—decision released June 25, 1991

*Ronnie S. Hammer,* pro se, the appellant (defendant) with whom, on the brief, was *Marylouise S. Black.*

*Martin L. Hammer,* pro se, the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.